**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 11-60338-CIV-MARRA

RAUL GARCIA and
LETICIA GARCIA,

Plaintiff,

vs.

ZION LUTHERAN CHURCH OF
POMPANO BEACH-DEERFIELD
BEACH, FLORIDA,

Defendant.
_____/

## JOINT MOTION TO APPROVE SETTLEMENT AND RELEASE
## AGREEMENT AND DISMISS WITH PREJUDICE PLAINTIFF'S COMPLAINT

COMES NOW, RAUL GARCIA and LETICIA GARCIA, (hereinafter "Plaintiff"), and

ZION LUTHERAN CHURCH OF POMPANO BEACH-DEERFIELD BEACH, FLORIDA,

(hereinafter "Defendant"), by and through their respective undersigned counsel and pursuant to

Local Rule 7.1, Local Rules for the United States District Court Southern District of Florida,

hereby file this Joint Motion to Approve Settlement and Release Agreement and dismiss with

Prejudice Plaintiff's Complaint, and state the following in support thereof:

1.    Plaintiffs' filed a complaint alleging Defendant violated the Fair Labor
      Standard ACT (FLSA), as amended, 29 U.S.C. § 201-216, by failing to pay
      overtime.

2.    Defendant denies Plaintiffs allegations.

3.    To avoid the costs and, uncertainty of litigation, however, the parties have
      negotiated a settlement of this matter.

4.    Pursuant to *Lynn's* Food Stores, *Inc* v United States, 679 F. 2d 1350 (11 Cir.
      1982), claims for wages arising under the FLSA may be settled or compromised
      only with the approval of the Court or Secretary of Labor. Accordingly, the
      parties respectfully request that the Court review and approve the attached copy of

1

the Settlement and Release Agreement. (See Exhibit A: Settlement and Release Agreement).

5.    The parties stipulate that the copy of the Settlement and Release Agreement attached to this motion as Exhibit A is a true and authentic duplication of the Settlement and Release Agreement the parties executed.

6.    The parties also stipulate that the settlement reached between them represents a "fair and reasonable" resolution of Plaintiffs FLSA claims because it represents **full payment** of all overtime and/or liquidated damages allegedly due, and because Defendant is paying Plaintiffs' reasonable attorneys' fees and costs in full. The parties also stipulate that the settlement reached between them advances judicial economy.

7.    The parties further stipulate to the dismissal with prejudice of this action upon approval by the Court of the Settlement and Release Agreement.

WHEREFORE, the parties respectfully request that this Court approve the attached Settlement and Release Agreement, and dismiss with prejudice the claims made by Plaintiffs against Defendant in this action.

Dated this 5th day of August, 2011.

Respectfully submitted,

| /s/ Andrew I. Glenn                                  | /s/ Stuart A. Rosenfeldt                        |
|------------------------------------------------------|-------------------------------------------------|
| Andrew I. Glenn, Esq.                                | Stuart A. Rosenfeldt, Esq.                      |
| Florida Bar No. 577261                               | Florida Bar No. 316113                          |
| Email: Andrew@floridaovertimeattorneys.com           | Email: srosenfeldt@randb-law.com                |
| Card & Glenn, P.A.                                   | ROSENFELDT & BIRKEN, P.A.                       |
| 2501 Hollywood Blvd., Suite 100                      | 100 SE 3rd Ave., Suite 1300                     |
| Hollywood, Florida 33020                             | Fort Lauderdale, FL 33394                       |
| Telephone:  954-921-9133                             | Telephone: (954) 990-4343                       |
| Facsimile: 954-921-9553                              | Facsimile: (954) 990-4469                       |
| Attorneys for Plaintiff                              | Attorneys for Defendant                         |

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on August 5, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Andrew I. Glenn
Attorney

## <u>SERVICE LIST</u>

Andrew I. Glenn, Esq.
Florida Bar No. 577261
Email: Andrew@floridaovertimeattorneys.com
Card & Glenn, P.A.
2501 Hollywood Blvd., Suite 100
Hollywood, Florida 33020
Telephone: 954-921-9133
Facsimile: 954-921-9553
Counsel for Plaintiff
Served via CM/ECF


Stuart A. Rosenfeldt, Esq.
Florida Bar No. 316113
Email: srosenfeldt@randb-law.com
ROSENFELDT & BIRKEN, P.A.
100 SE 3rd Ave., Suite 1300
Fort Lauderdale, FL 33394
Telephone: (954) 990-4343
Facsimile: (954) 990-4469
Attorneys for Defendant
Served via CM/ECF